[No. 34947-3-I.  Division One.  December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT P. GRASSO, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01013-8, Anita Louise Farris, J., entered June 29, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Webster, JJ.

[No. 35070-6-I.  Division One.  December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. L.J.D., *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 93-8-00290-1, Joan H. McPherson, J., entered July 15, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35266-1-I.  Division One.  December 16, 1996.]

KEUN SU PARK, ET AL., *Respondents*, v. RAY HEAD, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-03309-1, James H. Allendoerfor, J., entered August 12, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman, J., and Moynihan, J. Pro Tem.

[No. 35335-7-I.  Division One.  December 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD J. ANTHONY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00101-3, Ronald J. Castleberry, J., entered September 30, 1994. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Coleman and Webster, JJ.